UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | CATHERINE M. CRACHA<br>**ARTHUR S. CRACHA**<br>Debtor(s) | Chapter 13<br><br>Bankruptcy No.: **04-11757 BIF** |

***CONSENT ORDER***

***AND NOW,*** this day of 2004, upon agreement of the parties in Lieu of the Chapter 13 Standing Trustee's Motion to Dismiss with Prejudice, it is

***ORDERED:*** That in light of the Debtor(s) four (4) prior bankruptcy filings, in the event that this instant case is dismissed for any reason, it shall be with prejudice. Debtor(s) shall be prohibited from filing individually or jointly, any subsequent bankruptcy case without further leave of Court.

Date: 4/5/04

William C. Miller, Esquire
Chapter 13 Standing Trustee
LeRoy Wm. Etheridge, Esquire
Jacqueline M. Chandler, Esquire

Date: 4/5/04

Debtor(s)

Date: 3/31/04

Attorney for Debtor

**BY THE COURT**

**HON. BRUCE I. FOX**
**BANKRUPTCY JUDGE**