United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re: : Chapter 13
ARHUR S & CATHERINE CRACHA

Debtor(s) : Bankruptcy No. 0411757

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this day of , 2004 upon consideration of the Motion to Dismiss filed by William C. Miller, Standing Trustee, this case is dismissed, and it is further ORDERED, that STEPHEN DOHERTY, ESQUIRE counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby VACATED.

1/4/05

Hon. Bruce I. Fox
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia PA 19106-0119

Counsel for Debtor(s)

STEPHEN DOHERTY, ESQUIRE
BENNETT & DOHERTY
975 EASTON ROAD,SUITE 102
WARRINGTON PA 18976

Debtor(s)

ARHUR S & CATHERINE CRACHA

2438 NEW MARKET SQUARES
BENSALEM PA 19020